BEFORE THE FIRST DIVISION, JUNE 4, 1964

No. 68603.—Carson M. Simon & Co. et al. *v.* United States, protests 294192–K, etc. (Philadelphia).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of glass or plastic articles similar in all material respects to those the subject of Abstracts 64185 and 67488, respectively, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JUNE 4, 1964

No. 68604.—Seedman International Corp. *v.* United States, protests 61/9982–S and 61/9286–S (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of cycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

No. 68605.—Oxford International Corp. *v.* United States, protests 63/9193, etc. (Baltimore).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of horns and sirens similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

No. 68606.—The Lafayette Brass Mfg. Co., Inc., et al. *v.* United States, protests 61/4117, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plantiffs was sustained.

**No. 68607.**—The Lafayette Brass Mfg. Co., Inc., et al. *v.* United States, protests 61/8602, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiffs was sustained.

JUNE 2, 1964

**No. 68608.**—Arnart Imports, Inc. *v.* United States, protests 59/22614, etc., and Charles Sadek Import Co., Inc. *v.* United States, protests 59/24490, etc. Protests abandoned April 20, 1964. James Betesh Import Co. et al. *v.* United States, protests 59/7924, etc. (initial No. 59/13647) ; Ardalt, Inc. *v.* United States, protests 59/24160, etc. ; Haruta & Co., Inc. *v.* United States, protests 59/10927, etc. ; Lipper & Mann, Inc. *v.* United States, protests 60/10921, etc. ; Noritake Co., Inc. *v.* United States, protests 60/10952, etc. ; Parksmith Corp. et al. *v.* United States, protests 59/8146, etc. ; Ross Products, Inc. *v.* United States, protests 59/8591, etc. ; and U.S. Asiatic Co., Inc. *v.* United States, protests 59/8216, etc. Protests abandoned April 23, 1964. (All not published.) Plaintiffs' application for rehearing granted.

**No. 68609.**—Wm. A. Hausman Co., Inc. *v.* United States, protests 60/13841 and 61/4991. Protests dismissed April 22, 1964. (Not published.) Plaintiff's application for rehearing granted.

JUNE 2, 1964

**No. 68610.**—APPEAL 5131.—Laco Trading Co. *v.* United States.— affirmed January 23, 1964. C.A.D. 833.

JUNE 4, 1964

**No. 68611.**—APPEAL 5143.—A. L. Erlanger Co., Inc. *v.* United States.— C.D. 2392 affirmed January 23, 1964. C.A.D. 836.